**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **THE PARISH OF CAMERON, ET AL.** | * | **CIVIL ACTION NO.: 2:26-cv-01344** |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| | * | |
| **ANADARKO E&P ONSHORE, LLC ET AL.** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants.** | * | **KAYLA D. MCCLUSKY** |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEAL

Notice is hereby given that Devon Energy Production Company, LP ("Devon") appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on August 21, 2026 (ECF No. 33).

Dated: August 21, 2026

Respectfully submitted,

*/s/ Esteban Herrera, Jr.*

Esteban Herrera, Jr. (#20859)
Richard D. McConnell, Jr. (#29973)
Victor J. Suane, Jr. (#31337)
Andre Bellefontaine (#40273)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Esteban.herrera@keanmiller.com
richard.mcconnell@keanmiller.com
Victor.suane@keanmiller.com
Andre.bellefontaine@keanmiller.com

and

Claire Juneau (#33209)
Tyler Moore Kostal (#33289)
Claire.juneau@keanmiller.com
Tyler.kostal@keanmiller.com
**KEAN MILLER LLP**
909 Poydras Street - Suite 3600
New Orleans LA 70112
Telephone: (504) 585-3050

and

Samuel L. Tarry, Jr. (Va. Bar No. 36850)
(*pro hac vice)*
starry@mcguirewoods.com
**MCGUIREWOODS LLP**
1750 Tysons Blvd. – Suite 1800
Tysons VA 22102-4215
Telephone: (703) 712-5425 (direct)

and

Andrew F. Gann Jr. (Va. Bar No. 89189)
(*pro hac vice)*
agann@mcguirewoods.com
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond VA 23219-3916
Telephone: (804) 775-1643

and

Christina True Bassick (Va. Bar No. 101238)
(*pro hac vice)*
cbassick@mcguirewoods.com
**MCGUIREWOODS LLP**
323 Second Street SE
Suite 700
Charlottesville VA  22902
Telephone: (434) 977-2525

***Attorneys for Devon Energy Production Company, L.P.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service.

*/s/ Esteban Herrera, Jr.*
Esteban Herrera, Jr.