# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 26-30509 Parish of Cameron v. Devon Energy
USDC No. 2:26-CV-1344

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Kierston Jackson, Deputy Clerk

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2026

Lyle W. Cayce
Clerk

No. 26-30509

State of Louisiana, *through the Louisiana Department of Natural Resources, Office of Coastal Management &*; Secretary, Dustin Davidson,

*Intervenor Plaintiff—Appellee/Cross-Appellant*,

Parish of Cameron,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

Devon Energy Production Company, L.P.,

*Defendant—Appellant/Cross-Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:26-CV-1344

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 25, 2026, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________________
Kierston Jackson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT